# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Alexis Bustos

Defendant

)
) Case: 1:21-mj-00617
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 9/29/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alexis Bustos

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/29/2021

2021.09.29 18:06:20 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 11/18/21, and the person was arrested on *(date)* 11/18/21
at *(city and state)* Denver, CO.

Date: 11/18/21

*Arresting officer's signature*

TFO Michael Timmerman
*Printed name and title*