# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF columbia

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXIS BUSTOS,<br><br>           Defendant | Case No.: 1:21-mj-00617-002 RMM<br><br>**NOTICE OF FILING** |

  COMES NOW, counsel for Alexis Bustos, to file with the court character letters received from the defendant's family and friends in aid of sentencing.  The letters are from:

Jonathan Barcenas – cousin

Arturo Guzman – employer

Nemecio Bustos – father

Monica Catalan – employer

Ottaviano Difalco – employer

Daniel Godizez – employer

Marina Olivar – friend

George Sanchez - friend

Dated:  February 10, 2023

| | | |
|---|---|---|
| *United States v. Alexis Bustros*<br>Case No. 1:21-cr-00617-002 RMM<br><br>Notice of Filing Page No. 1<br><br>FILING 20230210 23/02/10 08:02:58 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>8251 NW 15th Ct.<br>Coral Springs, FL  33071<br>Phone:  202.236-1147<br>Email:  dcgunlaw@gmail.com |

                                                                                               _____

Joseph R. Conte, Bar #366827
Counsel for Alexis Bustos
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:          202.236.1147
Email:   dcgunlaw@gmail.com